**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Brian E. Curtis | Social Security number or ITIN xxx–xx–0845 |
| | First Name   Middle Name   Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | Karen A Jorge–Curtis | Social Security number or ITIN xxx–xx–8783 |
| | First Name   Middle Name   Last Name | EIN __–_____ |

United States Bankruptcy Court   District of New Jersey

Case number:   16–23073–MBK

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Brian E. Curtis                                        Karen A Jorge–Curtis

11/4/21                                      **By the court:** Michael B. Kaplan
                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:    Case No. 16-23073-MBK
Brian E. Curtis    Chapter 13
Karen A Jorge-Curtis
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 3
Date Rcvd: Nov 04, 2021    Form ID: 3180W    Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian E. Curtis, Karen A Jorge-Curtis, 62 W. Foch Avenue, Milltown, NJ 08850-1927 |
| aty | + | Phelan Hallinan Diamond & Jones, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | Legacy Mortgage Asset Trust 2020-GS2, c/o Rushmore Loan Management Services, PO Box 55004, Irvine, CA 92619-5004 |
| cr | + | U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 516325177 | + | Bank of America, Att: Frederic Weinberg, 1200 Laurel Oak Rd Ste 104, Voorhees, NJ 08043-4317 |
| 516325183 | + | Bay Area Credit Service, POB 467600, Atlanta, GA 31146-7600 |
| 516276554 | + | Caliber Home Loans, PO Box 650856, Dallas, TX 75265-0856 |
| 516325178 | + | Citibank, Att: Rubin & Rothman LLC, 1787 Veterans Highway, Islandia, NY 11749-1500 |
| 516276555 | + | Ditech, 7360 South Kyrene Road, Tempe, AZ 85283-4583 |
| 516325180 | | IRS, Cincinnati, OH 4599-0149 |
| 518778201 | | KHEAA, P O BOX 798, FRANKFORT KY 40602-0798 |
| 518241519 | | MTGLQ Investors, LP, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 518241520 | + | MTGLQ Investors, LP, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708, MTGLQ Investors, LP c/o Rushmore Loan Management Services 92619-2708 |
| 516325316 | + | NCB Management Services Inc, POB 1099, Langhorne, PA 19047-6099 |
| 516362795 | + | Navient Solutions, Inc. on behalf of, NJHEAA, PO BOX 548, Trenton, NJ 08625-0548 |
| 518823058 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518823059 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826, NewRez LLC d/b/a Shellpoint Mortgage Ser, P.O. Box 10826 Greenville, SC 29603-0826 |
| 516325179 | + | Phelan Hallinan Diamond Jones, 400 Fellowship Rd Ste 100, Mount Laurel, NJ 08054-3437 |
| 516325186 | | RWJ Endosurgical Center, POB 95000-5555, Philadelphia, PA 19195-5555 |
| 516325187 | + | Southern Bank Emergency Associate, Att: Steven Michaels Associates, 7 Stiles Rd, Salem, NH 03079-4848 |
| 516325208 | + | St Peters Univ Hospital, POB 336, Raritan, NJ 08869-0336 |
| 516468736 | | State of New Jersey, Department of Treasury, Division of Taxation, PO BOX 245, Trenton NJ 08695-0245 |
| 516325209 | + | Tsrget TD, POB 1327, Minneapolis, MN 55440-1327 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 04 2021 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 04 2021 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516366587 | | EDI: GMACFS.COM | Nov 05 2021 00:28:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 516325181 | | EDI: GMACFS.COM | Nov 05 2021 00:28:00 | Ally Financial, POB 78369, Phoenix, AZ 85062-8369 |
| 516325182 | | EDI: BANKAMER2.COM | Nov 05 2021 00:28:00 | Bank of America, POB 15168, Wilmington, DE |

Case 16-23073-MBK    Doc 87    Filed 11/06/21    Entered 11/07/21 00:11:53    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Nov 04, 2021 | Form ID: 3180W | Total Noticed: 35 |

| Recip ID | | Notice Type | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| | | | | 19850-5168 |
| 516325184 | + | EDI: CAPITALONE.COM | Nov 05 2021 00:28:00 | Capital One, 1680 Capital One Drive, McLean, VA 22102-3407 |
| 516361318 | | EDI: CAPITALONE.COM | Nov 05 2021 00:28:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516360176 | + | EDI: IRS.COM | Nov 05 2021 00:28:00 | Department of Treasury, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 516325185 | | EDI: JPMORGANCHASE | Nov 05 2021 00:28:00 | Chase Bank, POB 15298, Wilmington, DE 19850 |
| 516492201 | | EDI: PRA.COM | Nov 05 2021 00:28:00 | Portfolio Recovery Associates, LLC, c/o Best Buy Credit Card, POB 41067, Norfolk VA 23541 |
| 518828291 | + | EDI: RMSC.COM | Nov 05 2021 00:28:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516497491 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Nov 04 2021 20:29:00 | U.S. Bank Trust, N.A., As Trustee, for LSF8 Master, c/o CALIBER HOME LOANS,INC., 13801 WIRELESS WAY, OKLAHOMA CITY, OK 73134-2500 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| lm | * | Caliber Home Loans, PO Box 650856, Dallas, TX 75265-0856 |
| 518778202 | * | KHEAA, P O BOX 798, FRANKFORT KY 40602-0798 |
| 516500195 | ##+ | Ditech Financial LLC, 2100 East Elliot Rd. Bldg 94, Recovery Dept T120, Tempe, AZ 85284-1806 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 06, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor MTGLQ Investors LP dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| James Patrick Shay | |

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 04, 2021 | Form ID: 3180W | Total Noticed: 35 |

|  |  |
|---|---|
|  | on behalf of Creditor U.S. BANK TRUST  N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST shay@bbs-law.com, jpshay@gmail.com |
| Jenee K. Ciccarelli | on behalf of Joint Debtor Karen A Jorge-Curtis info@jc-lawpc.com  nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com |
| Jenee K. Ciccarelli | on behalf of Debtor Brian E. Curtis info@jc-lawpc.com  nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com |
| Rebecca Ann Solarz | on behalf of Creditor MTGLQ Investors  LP rsolarz@kmllawgroup.com |
| Robert P. Saltzman | on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS2 dnj@pbslaw.org |

TOTAL: 8